

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-93,089-01

### IN RE STATE OF TEXAS EX REL. BRIAN W. WICE, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NOS. 01-20-00477-CR, 01-20-00478-CR & 01-20-00479-CR
### IN THE FIRST COURT OF APPEALS
### HARRIS COUNTY

*Per curiam*.

### O R D E R

Relator filed a motion for leave to file and a petition for a writ of mandamus, invoking our constitutional authority to issue writs of mandamus in criminal law matters. TEX. CONST. art. V, § 5. The petition requests that this Court, among other things, issue the writ of mandamus against the First Court of Appeals, compelling the court to vacate its denial of mandamus which returned venue in these matters to Collin County. *In re State of Texas ex rel. Brian Wice*, __ S.W.3d __ , Nos. 01-20-00477-CR, 01-20-00478-CR & 01-20-00479-CR  (Tex. App.—Houston [1st Dist.] May 27, 2021).

Respondent, the First Court of Appeals, is invited to respond to Relator's allegations and

arguments. The Real Parties in Interest are also invited to provide responses. All responses shall be submitted within 30 days of the date of this order.  This motion for leave to file a writ of mandamus will be held in abeyance for 30 days.

The Court stayed underlying proceedings in these cases with a written order on September 15, 2021. *In re State of Texas ex rel. Wice*, No. 93,089-01 (Tex. Crim. App. Sep. 15, 2021) (not designated for publication). The stay remains in effect pending further order of this Court.

Filed: October 20, 2021
Do not publish